KEITH J. BAUER, OSB No. 730234
kbauer@pbswlaw.com
PARKS, BAUER, SIME, WINKLER & FERNETY LLP
570 Liberty St SE, Suite 200
Salem OR 97301
(503) 371-3502; Fax (503) 371-0429
    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AT EUGENE

| | |
|---|---|
| LEONARD WILLIAMSON,<br><br>    Plaintiff,<br><br>v.<br><br>OREGON DEPARTMENT OF CORRECTIONS, an Oregon State Agency, and COLETTE PETERS, an individual, in her personal capacity,<br><br>    Defendants. | Case No. 6:16-CV-00783-MC<br><br>**Declaration of Keith J. Bauer in Support of Defendants' Motion to Dismiss and Motion to Strike** |

I, Keith J. Bauer, am an adult and am competent to make this declaration. I make this declaration in support of Defendants Oregon Department of Corrections and Colette Peters' Motion to Dismiss. I have personal knowledge of the facts discussed herein.

I am the attorney representing Oregon Department of Corrections and Colette Peters, in the above case.

Attached to my declaration as Exhibit A is a true copy of the November 14, 2013 unpublished Order of Lane County Circuit Court Judge Charles D. Carlson in the matter of *Dawn Reynolds v. City of Eugene, an Oregon municipal corporation*, Case No. 16-11-02847.

Attached to my declaration as Exhibit B, is a true copy of the June 16, 2016 Order issued by United States District Court Judge Michael J. McShane, in the matter of *Victorina Mata v. Oregon Health Authority, an agency of the State of Oregon, et al.*, Case No. 6:13-cv-485-MC.

Page 1 – DECLARATION OF KEITH J. BAUER

Attached to my declaration as Exhibit C is a true copy of the minutes of the House Committee on Business and Labor dated April 10, 2009, which included a public hearing on HB 3162.

Attached to my declaration as Exhibit D is a true copy of a transcription of an excerpt of the proceedings before the House Committee on Business and Labor dated April 10, 2009 regarding HB 3162, with certain portions underlined.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 1, 2016.

/s/ Keith J. Bauer