KEITH J. BAUER, OSB No. 730234
kbauer@pbswlaw.com
PARKS, BAUER, SIME, WINKLER & FERNETY LLP
570 Liberty St SE, Suite 200
Salem OR 97301
(503) 371-3502; Fax (503) 371-0429
    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **LEONARD WILLIAMSON**,<br><br>    Plaintiff,<br><br>    v.<br><br>**OREGON DEPARTMENT OF CORRECTIONS**, an Oregon State Agency, and **COLETTE PETERS**, an individual, in her personal capacity,<br><br>    Defendants. | Civil No. 6:16-cv-00783-MC<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Based on the stipulation of the parties herein and good cause appearing,

    IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled case shall be dismissed with prejudice and without cost or fees to any party.

_____

[Signatures follow]

Page 1 – STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

It is so stipulated:

| | |
|---|---|
| */s/ Keith J. Bauer* | 8.30.17 |
| Keith J. Bauer, OSB No. 730234 | Date |
| Attorney for Defendants Oregon Department of Corrections and Colette Peters | |

| | |
|---|---|
| */s/ Andrew Altschul* | 8.30.17 |
| Andrew Altschul, OSB No. 980302 | Date |
| Attorney for Plaintiff, Leonard Williamson | |

Page 2 – STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE