KEITH J. BAUER, OSB No. 730234
kbauer@pbswlaw.com
PARKS, BAUER, SIME, WINKLER & FERNETY LLP
570 Liberty St SE, Suite 200
Salem OR 97301
(503) 371-3502; Fax (503) 371-0429
     Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **LEONARD WILLIAMSON,** | Civil No. 6:16-cv-00783-MC |
| Plaintiff, | |
| v. | **STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| **OREGON DEPARTMENT OF CORRECTIONS**, an Oregon State Agency, and **COLETTE PETERS**, an individual, in her personal capacity, | |
| Defendants. | |

Based on the stipulation of the parties herein and good cause appearing,

    IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled case shall be

dismissed with prejudice and without cost or fees to any party.

    Dated: September 8, 2017.

                                   Michael J. McShane
                                   United States District Court Judge

It is so stipulated:

| | |
|---|---|
| */s/ Keith J. Bauer* | 8.30.17 |
| Keith J. Bauer, OSB No. 730234 | Date |
| Attorney for Defendants Oregon Department | |
| of Corrections and Colette Peters | |

| | |
|---|---|
| */s/ Andrew Altschul* | 8.30.17 |
| Andrew Altschul, OSB No. 980302 | Date |
| Attorney for Plaintiff, Leonard Williamson | |