FILED13 NOV '17 13:14 USDC-ORE

# IN THE SUPREME COURT OF THE STATE OF OREGON

LEONARD WILLIAMSON,
Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, an Oregon State Agency; and
COLLETTE PETERS, an individual, in her personal capacity,
Defendants.

United States District Court
616CV00783MC

S064696

## APPELLATE JUDGMENT

En Banc

On certified question from the United States District Court for the District of Oregon; certification order filed February 13, 2017; certification accepted March 30, 2017.

Andrew Altschul, Portland, filed the brief for plaintiff.

Keith J. Bauer, Salem, appeared on behalf of defendants.

**The Oregon Supreme Court declines to answer the certified question.**

---

### DESIGNATION OF PREVAILING PARTY AND AWARD OF COSTS

Prevailing party: None                                              [X]  No costs allowed.

---



Appellate Judgment
Effective Date: November 7, 2017

c:  Andrew Altschul
    Angela M Ferrer
    Keith J Bauer

**APPELLATE JUDGMENT**